# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00315-CV

**Michael DeLeon and Desiree DeLeon Individually, and as Representatives of the Estate of Sulema DeLeon, Appellants**

**v.**

**Trinity Health Center and Caraday Healthcare LLC, Appellees**

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-003961, THE HONORABLE CLEVE WESTON DOTY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed on Agreed Motion

Filed: October 31, 2022